**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: Alrick Troy Emerson Marner
      Tameka Elizabeth Williams a/k/a Tammy
WIlliams a/k/a Tammy Marner
               Debtor(s)

BK NO. 22-01617 MJC

Chapter 13

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                        Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
06 Sep 2022, 12:09:21, EDT

        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        215-627-1322