Certificate Number: 03088-PAM-DE-036819020

Bankruptcy Case Number: 22-01617


03088-PAM-DE-036819020

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 9, 2022, at 10:11 o'clock AM CDT, Alrick T.E Marner completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 9, 2022      By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor