IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Alrick Troy Emerson Marner**<br>**Tameka Elizabeth Williams Elizabeth**<br>**a/k/a Tammy WIlliams a/k/a Tammy Marner**<br>**Debtor(s)** | **BK NO. 22-01617 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 and index same on the master mailing list.

                    Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
30 Sep 2022, 00:07:43, EDT

                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA  19106
                    215-627-1322