United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01617-MJC |
| Alrick Troy Emerson Marner | Chapter 13 |
| Tameka Elizabeth Williams | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 21, 2022 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5493597 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 21 2022 18:53:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Alrick Troy Emerson Marner donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Tameka Elizabeth Williams donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: : | |
| ALRICK TROY EMERSON MARNER : | |
| TAMEKA ELIZABETH WILLIAMS : | |
| : | CHAPTER 13 |
| Debtors : | |
| : | CASE NO. 5:22-bk-01617-MJC |
| ALRICK TROY EMERSON MARNER : | |
| TAMEKA ELIZABETH WILLIAMS : | |
| Objectants : | |
| Vs. : | |
| : | |
| LVNV FUNDING, LLC : | |
| C/O RESURGENT CAPITAL : | |
| SERVICES, : | |
| Claimant : | |

## ORDER

Upon consideration, it is hereby **ORDERED** that the Debtors' Objection to Proof of Claim Number 2 of LVNV Funding, LLC c/o Resurgent Capital Services, is hereby **SUSTAINED** and Claim Number 2 is disallowed in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: October 20, 2022