United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Alrick Troy Emerson Marner  
Tameka Elizabeth Williams  
    Debtors

Case No. 22-01617-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Nov 01, 2022      Form ID: ntcnfhrg      Total Noticed: 68

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alrick Troy Emerson Marner, Tameka Elizabeth Williams, 161Bull Run, Long Pond, PA 18334-7885 |
| 5492528 | + | Capital One/Justc, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5492544 | | Emer Phy Assoc of PA, 206 East Brown Street, East Stroudsburg, PA 18301-3006 |
| 5492546 | | Geisinger, P.O. Box 983148, Boston, MA 02298-3148 |
| 5492548 | + | Lehigh Valley Health Network, PO Box 4067, Allentown, PA 18105-4067 |
| 5492552 | | Mission Lane Tab Bank, P.O. Box 105286SW #1340, Atlanta, GA 30348 |
| 5492553 | + | National Collegiate Trust, 300 Delaware Ave, 9th Floor, Wilmington, DE 19801-1607 |
| 5492556 | + | Pocono Medical Center, 206 East Brown Street, East Stroudsburg, PA 18301-3094 |
| 5492559 | + | St. Luke s University Health Networ, P.O. Box 5489, Bethlehem, PA 18015-0489 |
| 5492558 | + | St. Lukes University Health Network, 801 OstrumStreet, Bethlehem, PA 18015-1000 |
| 5493155 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11TH Floor, Philadelphia, PA 19107-3325 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2022 18:45:36 | Exeter Finance LLC, c/o AIS Portfolio Services, LL, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 01 2022 18:45:15 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5492522 | ^ | MEBN | Nov 01 2022 18:37:55 | ARS Account Resolution, 1643 NW 136th Ave, Building H Suite 100, Sunrise, FL 33323-2857 |
| 5492519 | + | Email/Text: bncnotifications@pheaa.org | Nov 01 2022 18:41:00 | America Education Services, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5492520 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2022 18:45:27 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5500179 | | Email/PDF: bncnotices@becket-lee.com | Nov 01 2022 18:45:14 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5492521 | + | Email/Text: bnc-aquafinance@quantum3group.com | Nov 01 2022 18:41:00 | Aqua Finance, 1 Corporate Drive, Wausau, WI 54401-1724 |
| 5492523 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 01 2022 18:41:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 5492530 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2022 18:45:28 | CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 5492524 | + | Email/Text: bnc-capio@quantum3group.com | Nov 01 2022 18:41:00 | Capio Partners, 2222 Texoma Pkwy, Suite 150, Sherman, TX 75090-2481 |
| 5492525 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2022 18:45:35 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

| Recipient # | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 5492526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2022 18:45:14 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5502009 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2022 18:45:14 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5492529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 01 2022 18:45:14 | Capital One/Lord & Taylor, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5492532 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2022 18:45:28 | Citi Cards/Citibank, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 5492533 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | Comenity Bank, PO Box 182273, Columbus, OH 43218-2273 |
| 5492534 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | Comenity Bank/Pier1, PO Box 182789, Columbus, OH 43218-2789 |
| 5492535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | Comenity Bank/Victorias Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5492539 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | ComenityCB/BJSCLUB, PO Box 182120, Columbus, OH 43218-2120 |
| 5492537 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | ComenityCapitalBank/The, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 5492536 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | Comenitycapitalbank/Piercing Pag, PO Box 182120, Columbus, OH 43218-2120 |
| 5492538 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 01 2022 18:41:00 | Comenitycapitalbank/Zales, PO Box 182120, Columbus, OH 43218-2120 |
| 5492540 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 01 2022 18:45:36 | Credit One Bank, PO Box 98875, Las Vegas, NV 89193-8875 |
| 5492541 | | Email/Text: mrdiscen@discover.com | Nov 01 2022 18:41:00 | Discover, P.O Box 30943, Salt Lake City, UT 84130-0943 |
| 5492550 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 01 2022 18:45:18 | Macys, PO Box 8218, Mason, OH 45040 |
| 5492542 | | Email/Text: operationsclerk@easypayfinance.com | Nov 01 2022 18:41:00 | Duvera, 3220 Executive Ridge, Suite 200, Vista, CA 92081 |
| 5495321 | | Email/Text: operationsclerk@easypayfinance.com | Nov 01 2022 18:41:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 5492543 | + | Email/Text: EBN@edfinancial.com | Nov 01 2022 18:41:00 | EDFINANCIAL, 120 N Seven Oasks Drive, Knoxville, TN 37922-2359 |
| 5496513 | + | Email/Text: EBN@edfinancial.com | Nov 01 2022 18:41:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5499335 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 01 2022 18:45:37 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 5493608 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 01 2022 18:45:26 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5492545 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Nov 01 2022 18:45:36 | Exeter Finance LLC, 2101 W John Carpenter Fwy, Irving, TX 75063-3228 |
| 5492531 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 01 2022 18:45:34 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 5493597 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2022 18:45:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5492547 | | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 01 2022 18:41:00 | Labcorp, Payment Processing Center, P.O. Box 55126, Boston, MA 02205-5126 |
| 5492549 | + | Email/Text: Documentfiling@lciinc.com | Nov 01 2022 18:41:00 | Lending Club Corp., 21 Stevenson St., Ste 300, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | San Francisco, CA 94105-2706 |
| 5495298 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2022 18:45:14 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5492551 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2022 18:45:14 | Merrick Bank Corp., 10705 S Jordan Gtwy, Ste 200, South Jordan, UT 84095-3977 |
| 5492554 | + | Email/PDF: cbp@onemainfinancial.com | Nov 01 2022 18:45:14 | One Main, PO Box 1010, Evansville, IN 47706-1010 |
| 5492557 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 01 2022 18:45:27 | Portfolio Recovery, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502 |
| 5492555 | + | Email/PDF: ebnotices@pnmac.com | Nov 01 2022 18:45:38 | Penny Mac Loan Services LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5502655 | + | Email/PDF: ebnotices@pnmac.com | Nov 01 2022 18:45:28 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5494060 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 01 2022 18:45:16 | Poinciana Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 5504174 | | Email/Text: bnc-quantum@quantum3group.com | Nov 01 2022 18:41:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5492560 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:24 | SYNBC/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 5492561 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:34 | SYNCB/American Eagle, P.O Box 965005, Orlando, FL 32896-5005 |
| 5492562 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:14 | SYNCB/CAREMAVIS TIR, PO box 965036, Orlando, FL 32896-5036 |
| 5492563 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:14 | SYNCB/TJX CO, PO Box 965015, Orlando, FL 32896-5015 |
| 5492564 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:25 | SYNCB/TJX CO DC, PO Box 965015, Orlando, FL 32896-5015 |
| 5492565 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:24 | SYNCB/TOYSRUS, PO Box 965005, Orlando, FL 32896-5005 |
| 5492566 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:34 | SYNCHRONY BANK/JCPENNY, PO Box 965007, Orlando, FL 32896-5007 |
| 5492567 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:34 | SYNCHRONY BANK/Lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 5492876 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:14 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5492568 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 01 2022 18:45:35 | Synchrony Bank/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 5492569 | + | Email/Text: bncmail@w-legal.com | Nov 01 2022 18:41:00 | TDBANKUSA/Target, PO Box 673, Minneapolis, MN 55440-0673 |
| 5492570 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Nov 01 2022 18:41:00 | Toyota Motor Credit, P.O. Box 9786, Cedar Rapids, IA 52409-0004 |
| 5492571 | + | Email/Text: bankruptcydepartment@tsico.com | Nov 01 2022 18:41:00 | Transworld Systems, P.O. Box 15109, Wilmington, DE 19850-5109 |

TOTAL: 57

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5492527 | *+ | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Alrick Troy Emerson Marner donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Tameka Elizabeth Williams donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Alrick Troy Emerson Marner, | Chapter 13 |
| **Debtor 1** | Case No. 5:22−bk−01617−MJC |
| Tameka Elizabeth Williams, aka Tammy Williams, aka Tammy Marner, | |
| **Debtor 2** | |

# Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 22, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 29, 2022 Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 1, 2022 |

ntcnfhrg (08/21)