United States Bankruptcy Court
Middle District of Pennsylvania

In re:   Case No. 22-01617-MJC
Alrick Troy Emerson Marner   Chapter 13
Tameka Elizabeth Williams
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5   User: AutoDocke   Page 1 of 2
Date Rcvd: Nov 18, 2022   Form ID: pdf010   Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 18:44:26 | American Express National Bank, PO Box 30384, Salt Lake City UT 84130-0384 |
| 5492520 | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 18:44:20 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 5500179 | Email/PDF: bncnotices@becket-lee.com | Nov 18 2022 18:44:23 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2022     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
   on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bnicholas@kmllawgroup.com

Brian C Nicholas
   on behalf of Creditor PENNYMAC LOAN SERVICES LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2020-1 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Timothy B. Fisher, II | on behalf of Debtor 1 Alrick Troy Emerson Marner donna.kau@pocono-lawyers.com |
| Timothy B. Fisher, II | on behalf of Debtor 2 Tameka Elizabeth Williams donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ALRICK TROY EMERSON MARNER | : | |
| TAMEKA ELIZABETH WILLIAMS | : | |
| | : | CASE NO. 5-22-01617-MJC |
| Debtor | : | |
| | : | |
| ALRICK TROY EMERSON MARNER | : | |
| TAMEKA ELIZABETH WILLIAMS | : | |
| Objectants | : | |
| Vs. | : | |
| | : | |
| AMERICAN EXPRESS NATIONAL | : | |
| BANK | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Debtor's Objection to Claim No. 9 of American Express National Bank, Dkt. # 22, it is hereby **ORDERED** that the Debtor's Objection is hereby **SUSTAINED** and Claim No. 9 is disallowed in its entirety.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 18, 2022