**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| | | | |
|---|---|---|---|
| In re | Alrick Troy Emerson Marner<br>Tameka Elizabeth Williams | Case No. | 5:22-bk-01617 |
| | Debtor(s) | Chapter | 13 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2023, a copy of **Order Confirming Amended Chapter 13 Plan (Doc. #44)** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**ALL PARTIES ON ATTACHED EXHIBIT "A"**

/s/ Timothy B. Fisher, II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753 Fax:570-842-8979**

Label Matrix for local noticing
0314-5
Case 5:22-bk-01617-MJC
Middle District of Pennsylvania
Wilkes-Barre
Mon Jan 23 15:48:44 EST 2023

Exeter Finance LLC, c/o AIS Portfolio Servic
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701-1500

ARS Account Resolution
1643 NW 136th Ave
Building H Suite 100
Sunrise, FL 33323-3091

America Education Services
PO Box 61047
Harrisburg, PA 17106-1047

American Express
PO Box 981537
El Paso, TX 79998-1537

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Aqua Finance
1 Corporate Drive
Wausau, WI 54401-1724

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

CBNA
P.O. Box 6497
Sioux Falls, SD 57117-6497

Capio Partners
2222 Texoma Pkwy
Suite 150
Sherman, TX 75090-2481

Capital One
PO Box 30281
Salt Lake City, UT 84130-0281

Capital One
PO Box 31293
Salt Lake City, UT 84131-0293

Capital One N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Capital One/Justc
PO Box 30253
Salt Lake City, UT 84130-0253

Capital One/Lord & Taylor
PO Box 31293
Salt Lake City, UT 84131-0293

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Citi Cards/Citibank
P.O. Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank
PO Box 182273
Columbus, OH 43218-2273

Comenity Bank/Pier1
PO Box 182789
Columbus, OH 43218-2789

Comenity Bank/Victorias Secret
PO Box 182789
Columbus, OH 43218-2789

ComenityCB/BJSCLUB
PO Box 182120
Columbus, OH 43218-2120

ComenityCapitalBank/The
3095 Loyalty Circle
Building A
Columbus, OH 43219-3673

Comenitycapitalbank/Piercing Pag
PO Box 182120
Columbus, OH 43218-2120

Comenitycapitalbank/Zales
PO Box 182120
Columbus, OH 43218-2120

Credit One Bank
PO Box 98875
Las Vegas, NV 89193-8875

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

(p)EASYPAY FINANCE
PO BOX 2549
CARLSBAD CA 92018-2549

EDFINANCIAL
120 N Seven Oaks Drive
Knoxville, TN 37922-2359

Exhibit "A"

| | | |
|---|---|---|
| Edfinancial on behalf of US Dept. of Educati<br>120 N Seven Oaks Drive<br>Knoxville, TN 37922-2359 | Emer Phy Assoc of PA<br>206 East Brown Street<br>East Stroudsburg, PA 18301-3006 | Exeter Finance LLC<br>2101 W John Carpenter Fwy<br>Irving, TX 75063-3228 |
| Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC<br>PO Box 650693<br>Dallas, TX 75265-0693 | Federal Home Loan Mortgage Corporation, at.<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |
| Geisinger<br>P.O. Box 983148<br>Boston, MA 02298-3148 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Labcorp<br>Payment Processing Center<br>P.O. Box 55126<br>Boston, MA 02205-5126 |
| Lehigh Valley Health Network<br>PO Box 4067<br>Allentown, PA 18105-4067 | Lending Club Corp.<br>21 Stevenson St., Ste 300<br>San Francisco, CA 94105-2706 | MERRICK BANK<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2222 | Merrick Bank Corp.<br>10705 S Jordan Gtwy, Ste 200<br>South Jordan, UT 84095-3977 | Mission Lane Tab Bank<br>P.O. Box 105286SW #1340<br>Atlanta, GA 30348 |
| National Collegiate Trust<br>300 Delaware Ave, 9th Floor<br>Wilmington, DE 19801-1607 | One Main<br>PO Box 1010<br>Evansville, IN 47706-1010 | Penny Mac Loan Services LLC<br>PO Box 514387<br>Los Angeles, CA 90051-4387 |
| PennyMac Loan Services, LLC.<br>P.O. Box 2410<br>Moorpark, CA 93020-2410 | Pocono Medical Center<br>206 East Brown Street<br>East Stroudsburg, PA 18301-3094 | Poinciana Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | SYNBC/Amazon<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/American Eagle<br>P.O Box 965005<br>Orlando, FL 32896-5005 | SYNCB/CAREMAVIS TIR<br>PO box 965036<br>Orlando, FL 32896-5036 | SYNCB/TJX CO<br>PO Box 965015<br>Orlando, FL 32896-5015 |
| SYNCB/TJX CO DC<br>PO Box 965015<br>Orlando, FL 32896-5015 | SYNCB/TOYSRUS<br>PO Box 965005<br>Orlando, FL 32896-5005 | SYNCHRONY BANK/JCPENNY<br>PO Box 965007<br>Orlando, FL 32896-5007 |

| | | |
|---|---|---|
| SYNCHRONY BANK/Lowes<br>PO Box 965005<br>Orlando, FL 32896-5005 | St. Luke s University Health Networ<br>P.O. Box 5489<br>Bethlehem, PA 18015-0489 | St. Lukes University Health Network<br>801 OstrumStreet<br>Bethlehem, PA 18015-1000 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Synchrony Bank/Walmart<br>PO Box 965024<br>Orlando, FL 32896-5024 | TDBANKUSA/Target<br>PO Box 673<br>Minneapolis, MN 55440-0673 |
| Toyota Motor Credit<br>P.O. Box 9786<br>Cedar Rapids, IA 52409-0004 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Toyota Motor Credit Corporation<br>c/o Becket and Lee LLP<br>PO Box 3002<br>Malvern PA 19355-0702 |
| Transworld Systems<br>P.O. Box 15109<br>Wilmington, DE 19850-5109 | U.S. Department of Housing and Urban Develop<br>100 Penn Square East 11TH Floor<br>Philadelphia, PA 19107-3325 | United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 |
| Alrick Troy Emerson Marner<br>161Bull Run<br>Long Pond, PA 18334-7885 | (p)JACK N  ZAHAROPOULOS<br>ATTN CHAPTER 13 TRUSTEE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036-8625 | Tameka Elizabeth Williams<br>161Bull Run<br>Long Pond, PA 18334-7885 |
| Timothy B. Fisher II<br>Fisher and Fisher Law Offices<br>PO Box 396<br>525 Main Street<br>Gouldsboro, PA 18424-8838 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card<br>PO Box 15298<br>Wilmington, DE 19850 | Discover<br>P.O Box 30943<br>Salt Lake City, UT 84130-0943 | Duvera<br>3220 Executive Ridge, Suite 200<br>Vista, CA 92081 |
| (d)Duvera dba Easypay Finance<br>P.O. Box 2549<br>Carlsbad, CA 92018 | Macys<br>PO Box 8218<br>Mason, OH 45040 | Portfolio Recovery<br>120 Corporate Blvd<br>Ste 100<br>Norfolk, VA 23502 |
| Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | | |